# United States Bankruptcy Court
## Southern District of New York

In re **Erminthe Louis Charles**  
Debtor(s)

Case No. **09-23829**  
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **October 6, 2011**

**/s/ Erminthe Louis Charles**
**Erminthe Louis Charles**
Signature of Debtor