BLMNDS
9111 DUKE BLVD
MASON, OH 45040


BMW FINANCIAL SERVICES
PO BOX 3608
DUBLIN, OH 43016


CAPITAL ONE BANK USA, NA
POB 30281
SALT LAKE CITY, UT 84130


CITIFINANCIAL
6010 FAIRVIEW RD
CHARLOTTE, NC 28210


CITIFINANCIAL
PO BOX 499
HANOVER, MD 21076


DIRECT TV
PO BOX 117332
NEWARK, NJ 07101


DISCOVER FIN SVCS LLC
POB 15316
WILMINGTON, DE 19850


DIVERSIFIED ADJUSTME (ORIGINAL CRED
600 COON RAPIDS BLVD
COON RAPIDS, MN 55433


HFC
PO BOX 3425
BUFFALO, NY 14240


HFC - USA
PO BOX 3425
BUFFALO, NY 14240


HSBC  BANK
P.O BOX 5253
CAROL STREAM, IL 60197

MACY'S
9111 DUKE BLVD
MASON, OH 45040


OCWEN LOAN SERVICING
PO BOX 785056
ORLANDO, FL 32878


OCWEN LOAN SERVICING
PO BOX 785057
ORLANDO, FL 32878


SHAPIRO & DICARO
250 MILE CROSSING BLVD
ROCHESTER, NY 14624


US BANK NATIONAL ASSOC.
209 S. LASALLE STREET,
SUITE 300
CHICAGO, IL 60604


US DEPT ED
PO BOX 7202
UTICA, NY 13504-7202


US DEPT OF EDUCATION
PO BOX 5609
GREENVILLE, TX 75403


VERIZON NEW YORK INC
500 TECHNOLOGY DR
WELDON SPRING, MO 63304


WFFINANCIAL
10797 WASHINGTON B
CULVER CITY, CA 90232